# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  1:17-cr-50 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| ADAM D. BOYLEN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on February 18, 2021. The Court referred this matter to Magistrate Judge Carmen E. Henderson to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Henderson reported that a supervised release violation hearing was held on March 23, 2021. The defendant admitted to the following violation:

2. Failure to Pay Restitution as Directed. [1]

The magistrate judge filed a report and recommendation on March 23, 2021, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervised release as set forth in the violation number 2.

A final supervised release violation hearing was conducted on April 19, 2021. Present were the following: Assistant United States Attorney Brad Beeson, representing the United States; Attorney Noah Munyer, representing the defendant; the defendant,

---

[1] As the defendant has now satisfied his community service condition, the government moved to dismiss violation number 1: Failure to Complete Community Service Hours. The government's motion is granted.

Adam D. Boylen; and United States Probation Officer Jennifer Burke.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violation number 2.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of one (1) day. Defendant shall report to the U.S. Marshal's Office in Akron, Ohio at 8:30 a.m., any day on or before April 30, 2021. Defendant shall advise his probation officer which day he will be reporting, so she can inform the U.S. Marshal's Office in advance. After Mr. Boylen reports he shall be permitted to leave so he can arrive to work no later than 1:00 p.m.

Following release from BOP custody, the defendant shall be placed on Supervised Release for a period of six (6) months other under the same terms and conditions originally imposed, including payment of the balance of his outstanding restitution. Defendant shall also cooperate with his U.S. Probation Officer in submitting the required paperwork to the Financial Litigation Unit of the U.S. Attorney's Office relative to any outstanding restitution obligation.

**IT IS SO ORDERED**.

Dated: April 19, 2021

                                             **HONORABLE SARA LIOI**
                                             **UNITED STATES DISTRICT JUDGE**